United States District and Bankruptcy
Courts for the District of Columbia

Kimberly Bernice Brown
1026 WickLow Road
Baltimore, Maryland 21229
(443-468-1058)

VS.

National Basketball Association (NBA)
645 5th Avenue
New York, NY 10022
c/c Commissioner Adam Silver

Case: 1:19-cv-01559
Assigned To : Unassigned
Assign. Date : 5/28/2019
Description: Pro Se General (F-DECK)

## Complaint

I, Kimberly Bernice Brown, am Filing a complaint against the National Basketball Association For personal injury (pain and suffering, emotional distress) negligence, wrongful termination (discipline right after filing a complaint), defamation. I am a credible writer and producer who presented a television project to the NBA about Female basketball athletes.

Shortly after the agreement with the NBA, one of the cast members also known as "Talent" Tamera Young showcased immense romantic interest in myself which made the environment uncomfortable for myself and other parties involved. Upon expressing my discomfort to the NBA I was immediately removed and dismissed (terminated) from my agreement with the NBA WITHOUT reason. In an effort to continue with the project I created as a Independent Producer, I selected other "talent" to feature the show. During this stage Tamera Young openly engaged in stalking, harrassment as well as

slander to destroy the project from becoming successful.

On several occassions I made complaints to my Former attorney (Leroy Bobbitt), the legal counsel for the NBA (Britton Sellers), attorney for Tamera Young (Amanda R. Clark Palmer), Principal (Julie Kowitz Margolies) as well as several prospective attorneys whom I have personally sought to represent me in this legal matter.

Please know in one severe case after appearing in court for a TPO, I Fled the state of Georgia for Fear of my life after Tamera Young appeared

at a family member's home uninvited, unwarranted and unauthorized.

Over the past two years I have resided in five different states in eager search of safety and refuge from the behaviors of harrassment and abuse. The National Basketball association have further ignored all of my requests for action further placing my life in danger. This series of negligence have affected my ability to obtain stable employment, housing as well as maintain financial security. In addition, this series of horrific nightmares have increased attacks from the general public and

civilians who seek to harm me out of ignorance. In addition, I am uncertain the mental state of Tamera Young, whom I currently have no protective order against which is another threat to my safety.

As relief and comfort for my pain and suffering, I am requesting:

1.) $500,000.00 (Five Hundred Thousand Dollars) pain and suffering, wages lost, emotional distress

2) Private Security Services ($14,000.00 a month)

3.) Personal driver & Chauffeur Service ($16,800.00 a month)

Please know I am not requesting trial by jury; but that my request and grievance is heard before a United States District Court Judge.

Please also note the private security services

Ripple Grae Press

as well as personal driver and chauffeur services are requested for a year (12 months) beginning the next day after a judgement is made in my favor; Both services of which are for me to determine which businesses I prefer. All money, including personal services are to be made by check to Kimberly Bernice Brown.

Signature: _____

Kimberly Bernice Brown
1026 Wick Law Road
Baltimore, Maryland 21229

*PLEASE NOTE: Prior to "Inside the WNBA"; I worked on a previous TV project which I was the Creator/Writer/Producer; Prior to I worked in the entertainment industry for 15 years without any incident of stalking, harassment, slander, defamation or personal injury cases.*

**Khadijah Sharif-Drinkard**
Vice President & Associate General Counsel
Business & Legal Affairs

May 20, 2015

## VIA ELECTRONIC MAIL &
## OVERNIGHT MAIL

Kimberly Brown
1524 Beacon Ridge Road. Apt# 811
Charlotte, NC 28210

Re:   **"RUN THIS TOWN" (previously known as "Long Live the Kings") (the "Program")**

Dear Kimberly:

Reference is made to the Agreement dated September 9, 2014, entered into by and between BET Productions IV, LLC ("Producer") and Kimberly Brown ("Artist", "you" and "your") in connection with Producer's option to acquire the exclusive and irrevocable right to exploit certain ideas, proposals, marketing or promotional plans, program formats, treatment(s) or other material ("Material") in connection with a made-for-television pilot ("Pilot") and possible television series ("Series"). As such, pursuant to Section 2 of the Agreement, Producer hereby exercises its sole, exclusive, irrevocable option to acquire all rights set forth in the Agreement and shall pay you the Purchase Price of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, as required by Section 3 of the Agreement. We look forward to continuing our work with you.

Sincerely,

*Khadijah Sharif-Drinkard*

Khadijah Sharif-Drinkard

cc:   Stephen Hill
      Darrell Walker
      Melissa Lintinger

 Gmail   Kimberly Brown <mskimberlybbrown@gmail.com>

## Fwd: FW: NBA Attorney Info
2 messages

**Kerri C. Taitt-Hoag** <kerri@bobroblaw.com>                Tue, Mar 14, 2017 at 8:52 PM
To: Kimberly Brown <MsKimberlyBBrown@gmail.com>

—— Forwarded Message ——
Subject:FW: NBA Attorney Info
    Date:Tue, 14 Mar 2017 17:40:20 -0700
  From:lbobbitt@bobroblaw.com
      To:KERRI <kerri@bobroblaw.com>

Kerri:

Here is a copy of the email I sent to Kimberly.

LB

Sent from Mail for Windows 10

---

**From:** lbobbitt@bobroblaw.com
**Sent:** Tuesday, January 17, 2017 12:07 PM
**To:** Kimberly B. Brown
**Subject:** RE: NBA Attorney Info

→ *Original date of contacting my attorney Mr. Bobbitt*

Kimberly:

The attorney I spoke to was: Britton Sellers ,Asst. VP – Legal & Business Affairs / NBA Properties, Inc. 100 Plaza Drive , Secaucus , NJ 07094, Phone : 1+201- 974 -6797

Fax: 1+ 201 – 974 - 6159

Sent from Mail for Windows 10

---

**From:** Kimberly B. Brown
**Sent:** Monday, January 16, 2017 10:16 PM
**To:** Leroy Bobbitt
**Subject:** NBA Attorney Info

Hello Mr. Bobbitt,



ID# 2017-009666663-CV  Page 4

When you have a moment, may I please have the contact information for the NBA attorney?

This woman is still stalking me and the harassment has to stop. It's completely sickening that a franchise such as the NBA do absolutely NOTHING about their athletes malicious behavior.

I'm seeking another attorney and get this handled so that is why I'm requesting the NBA attorney information.

Thank You,

Kimberly Brown

*Note: I spoke with my attorney on several occassions about Ms. Young harrassment and stalking. The behavior continued afterwards. My attorney is available for a statement.*

---

**Kimberly Brown** <mskimberlybbrown@gmail.com>      Thu, Mar 16, 2017 at 2:26 PM
To: "Kerri C. Taitt-Hoag" <kerri@bobroblaw.com>

Hi Kerri,

Thank you so much! Do you have a email address for Britton Sellers?

If not, no worries.

Thank You,

Kimberly Brown
[Quoted text hidden]



ID# 2017-0096663-CV
Page 3

 Gmail                                     **Tiffany Tiffany <tiffany.tiffany551@gmail.com>**

## Fwd: RE: Kimberly Brown
1 message

**Ms KBB** <ms.kbb@aol.com>                                    Mon, May 20, 2019 at 2:26 PM
To: tiffany.tiffany551@gmail.com

----Original Message----
From: Ms KBB <ms.kbb@aol.com>
To: jmargolies <jmargolies@margolies.org>
Sent: Mon, Oct 22, 2018 08:23 AM
Subject: RE: Kimberly Brown

Good morning -

This email is a follow up regarding my previous email. Are you available to speak sometime this week?

Thank You,

Kimberly Brown

On Wednesday, October 17, 2018 Ms KBB <ms.kbb@aol.com> wrote:

Good morning Julie -

Please know that I am aware email is not the best form of communication, but request if you may please contact Adam Silver, Commissioner - NBA to request a mediation?

Julie, I was raised in a foundation built on integrity, respect and character, regardless of ones wealth. Recently, I have struggled to regain stability throughout my life and career.

The NBA was the last organization in which I had any professional dealings with, therefore as a professional, I would like to address any concerns which could have affected either of our brands.

As a woman who worked very hard to establish your practice, I hope you understand my position. This support would be most appreciated.

Thank You,

Kimberly B. Brown

Contact info:
https://www.bloomberg.com/research/stocks/private/person.asp?personId=5524937&privcapId=165301

Email: ASilver@nba.com

On Wednesday, September 5, 2018 Julie Kowitz Margolies <jmargolies@margolies.org> wrote:

Kimberly:

Thank you for the update. As I mentioned in our call, mediation is a voluntary process, which means all parties need to agree to mediate. As we also discussed, were I to approach Ms. Young or her publicist on your behalf, I would potentially compromise my neutrality. However, If she is interested in mediating, I'm happy to speak to her or to whomever else she designates about mediation. Please let me know when and if you get a response from Ms. Clark.


Best,


Julie


**Julle Kowitz Margolies**

**Principal**

(917) 519-7144

w w w .kow itzmargolies.com


**From:** Ms KBB <ms.kbb@aol.com>
**Sent:** Tuesday, September 4, 2018 6:31 PM
**To:** Julie Kowitz Margolies <jmargolies@margolies.org>
**Subject:** Kimberly Brown/Tamera Young


Good evening Julie -

I just wanted to update you that I followed up with the attorney Amanda Clark for Tamera Young. Amanda was in court, but I left a message. Also, I wanted to share with you two additional contacts which is the website for Ms. Young and her publicist listed online:

Website: https://tyoungone.com/

And

Publicist: LaTonya@Lpconsultingpr.com

Would you mind reaching out please?

Julie, what is most disheartening about the situation is that I endured a series of events, unbeknownst, which directly affected my life. However, it is essential to began with the source.

Mediation is to resolve this productively, and  positively.

Thank you.

Kimberly Brown

*Plantiff - Kimberly Brown*

VS.

*Defendant - Tamera Young*

Superior Court for the County of Cobb, State of Georgia

32 Waddell Street

Marietta, GA 30090

Attn: G. Conley Ingram – Senior Superior Court Judge

Joyette Holmes – Assisting Superior Court Judge

*Civil Action File No:*

*17- 1- 3732 -99*

Friday, June 16th 2017

Filed In Office Jul-14-2017 13:09:20
ID# 2017-0096663-CV
Page 1

Rebecca Keaton
Clerk of Superior Court Cobb County

## Motion

I, Kimberly Bernice Brown, request a motion to reconsider the denial of a permanent protective order to lawfully protect my life from Tamera Yvonne Young in civil action file number 17-1-3732-99. As a law abiding and productive citizen in the United States of America, I humbly ask to appear before the court for reconsideration in the decision pronounced by Judge, Joyette Holmes on Tuesday, June 13th 2017.

I do believe in my heart justice was not properly served and my safety remains at insurmountable risk for severe harm as well as the privacy of my family is still considerably violated in an illegal manner. I ask that you please review the reasons below listed for a request for reconsideration:

1.) Respondent (Tamera Yvonne Young) violated the initial TPO order on May 27th 2017 when the Respondent contacted a family member in Cobb County after being served and knowingly aware all communication to cease directly and indirectly. Respondent continued to communicate with my family member Dwayne Newby and/or his wife Patricia Newby. It is to my strongest belief with probable cause that the respondent bribed and/or intimidated the above mentioned family member in an unjust attempt to prevent family member from speaking on my behalf against the Respondent. Furthermore, the violation was not enforced and Respondent was never reprimanded by law enforcement officials.

2.) I, Kimberly Bernice Brown, never received nor was served the cross-petition filing by the Respondent, Tamera Yvonne Young, and was completely unaware of these allegations prior to appearing before the judge on June 13th 2017. Allegedly, as stated by the Respondent's attorney in court, the temporary protective order was sent via certified mail to 5274 Miranda Way Powder Springs, GA 30127 - which is the same address of my family member, Dwayne Newby, whom the Respondent has been in contact with via cellular devices. Furthermore, I was not given prior notice that I was going to have to defend myself against Respondent allegations.

3.) Respondent attempt to provide evidence with allegations against me also proved to be evidence against Respondent in relation to my petition which states that I have probable cause to believe that the respondent has illegally placed tracking and "snooping" applications on my previous cellular devices to solicit personal information and correspondence in malicious attempts to defame my character as well as place me in very much so reasonable fear for my life.

I, Kimberly Bernice Brown, can attest that all of the above statements are true and I ask that you please see the attached documentations for further evidence.

Over the past six months I have lived in three different states, staying with several family members and now a "safe house" for domestic violence and stalking victims in an attempt to flee from the cruel and aggressive behavior ensued by Respondent, Tamera Yvonne Young. I ask that it is placed to the highest regard of reconsideration that my plea is heard once more as my life depends on it.

Thank You,

Kimberly Bernice Brown

Please note: I am currently seeking representation and will have on attorney appear with me before the judge.

Filed In Office May-17-2017 15:43:33
ID# 2017-0068363-CV
Page 1

THE SUPERIOR COURT FOR THE COUNTY OF COBB

STATE OF GEORGIA

Rebecca Keaton
Clerk of Superior Court Cobb County

KIMBERLY BROWN
        Petitioner,

v.

TAMERA YOUNG
        Respondent.

]
]
]
]
]
]
]
]

Civil Action File
No. _____

17-1-3732-99

## STALKING EX PARTE TEMPORARY PROTECTIVE ORDER

Upon proceedings before me, the Petitioner having demanded pursuant to O.C.G.A. § 16-5-94 that a Protective Order be issued; and alleged that Respondent has knowingly and willfully committed or attempted to commit acts in violation of O.C.G.A. §§ 16-5-90 *et seq.*, and such acts were not at the home of the Respondent, had no legitimate purpose and that Petitioner is in reasonable fear of her/his safety and/or the safety of her/his immediate family; and it appearing to the Court that probable cause exists to believe that similar events will occur in the future, IT IS HEREBY ORDERED AND ADJUDGED:

1. pco 01
   pco 02
   That Respondent is enjoined and restrained from any acts directly or indirectly which harass and/or intimidate the Petitioner or her/his immediate family.

2. pco 01
   pco 04
   That Respondent is enjoined from approaching within 500 yards of Petitioner, **KIMBERLY BROWN**, and Petitioner's residence.

3. pco 05
   That Respondent have no contact of any type, direct or indirect, or through another person with Petitioner, or her immediate family, including but not limited to telephone, pager, fax, e-mail, mail or any other means of communication.

4. That the Respondent appear before the presiding Judge, on the 15th day of June, 2017 at 9:00am in room N of the Cobb County court house at 32 Waddell Street Marietta, Ga 30090 to show why the demands of the Petitioner should not be granted.

5. That a copy of this Order be given to local law enforcement and the Respondent be served with a copy of this Order and Petition for Stalking Temporary Protective Order instanter.



ID# 2017-0136055-CV
Page 14

ID# 2017-0068363-CV
Page 2

6.  That this Order applies in every county throughout the state and it shall be the duty of every court and every law enforcement official to enforce and carry out the provisions of this Order pursuant to O.C.G.A. §§ 16-5-94(e) and 19-13-4(d). Law Enforcement may use their arrest powers pursuant to O.C.G.A. §§ 16-5-91 and 17-4-20 to enforce the terms of this Order.

7.  That these proceedings be filed in the office of the Clerk of this Court.

8.  That this Court determined that it had jurisdiction over the parties and the subject matter under the laws of the State of Georgia and the Court ordered that the Respondent be given reasonable notice and opportunity to be heard sufficient to protect the Respondent's due process rights and this Order shall be presumed valid and pursuant to 18 U.S.C. § 2265(a) shall be accorded **full faith and credit** by any other state or local jurisdiction and shall be enforced as if an Order of the enforcing state or jurisdiction.

SO ORDERED this _17_ day of _May_ 2017.

_____
JUDGE, SUPERIOR COURT
COBB County

_____
Print or stamp Judge's name

G. CONLEY INGRAM
SENIOR JUDGE, STATE OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT

**Violation of the above Order may be punishable by arrest.**

Note to Judges: This form is promulgated as a Uniform Superior Court Rule under the auspices of O.C.G.A. § 19-13-53. To order a specific provision, please initial in the space provided. The court should delete or otherwise make inoperative any provision in the standardized form which is not supported by the evidence in the case and in order to comply with the court's application of the law and facts to an individual case.



Filed In Office May-17-2017 15:43:33
ID# 2017-0068361-CV
Page 1

THE SUPERIOR COURT FOR THE COUNTY OF COBB

STATE OF GEORGIA

Rebecca Keaton
Clerk of Superior Court Cobb County

KIMBERLY BROWN          ]
      Petitioner,          ]
                 ]          Civil Action File
   v.          ]          No. _____
                 ]
TAMERA YOUNG          ]          17-1-3732-99
      Respondent.          ]

### PETITION FOR STALKING TEMPORARY PROTECTIVE ORDER

The Petitioner, pursuant to O.C.G.A. § 16-5-94, hereby files this Petition for a Stalking Temporary Protective Order and in support shows the Court the following:

1.     The Petitioner is a resident of **Cobb** County, Georgia and is over the age of 18 years of age. Petitioner's year of birth is 1980, sex female.

2.     The Respondent is a resident of Cobb County, Georgia may be served at her residence of **2212 Knoxhill View, Smyrna, GA, 30082**.

3.     Between January 2017 and May 11, 2017 the Respondent has knowingly and willfully committed the following acts of stalking under O.C.G.A. §§ 16-5-90 et seq.: Respondent is a former associate of Petitioner's, but for some reason Respondent assumes that they are in a relationship. In December 2016 Petitioner's attorney sent Respondent a cease and desist letter. For a short period of time, Respondent's employment sent her overseas so Petitioner assumed the contact would stop, but Respondent returned and between January 2017 and April 2017 while Petitioner was living in Charlotte, North Carolina Respondent would use her vehicle to follow Petitioner. On one occasion Respondent entered a public library where Petitioner was located and "lurked" nearby. On another occasion, Respondent was seen sitting in her car outside of a bus terminal where Petitioner was arriving. In March 2017 while Petitioner was visiting her brother in Maryland, Respondent was seen near the residence. Recently, Petitioner moved to Georgia, and again on May 11, 2017 Petitioner saw Respondent following her once again. Petitioner believes Respondent has a tracking device on her phone and that she follows her on a regular basis. Petitioner has called the police on multiple occasions after seeing Respondent's vehicle siting outside of her residence. Respondent calls Petitioner's telephone on a weekly basis in a "pranking" manner. Petitioner is very concerned by the constant contacts and threats. These acts had no legitimate purposes, happened at places other than the residence of the Respondent, were without the consent of the Petitioner, and placed Petitioner in fear for her own safety and/or the safety of her immediate family.

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS ON RECORD.
CASE No. 17-1-3732 IN THIS OFFICE
THIS 30 DAY OF April 20 19
DEPUTY CLERK, COBB COUNTY COURT
COBB COUNTY, GEORGIA

FILED IN COURT
THIS 17th May 20 17
REBECCA KEATON
CLERK SUPERIOR COURT
COBB COUNTY, GEORGIA

ID# 2017-00&8361-CV
Page 2

THEREFORE, Petitioner requests:

(a)     That the Court set a hearing within thirty (30) days of the signing of the Order and to direct Respondent to appear before this Court and to show any reasons why the demands of the Petitioner should not be granted;

(b)     That the Respondent be served a copy of this Petition and Ex Parte Protective Order as required by law;

(c)     Order law enforcement to enforce the order;

(d)     That this Court issue a twelve month protective order to:

<table>
<tr><td>X</td><td>order Respondent to stop harassing and intimidating Petitioner and her immediate family;</td></tr>
<tr><td>X</td><td>order Respondent not have any direct or indirect contact with the petitioner and her immediate family;</td></tr>
<tr><td>X</td><td>order Respondent be enjoined from approaching within 500 yards of Petitioner and Petitioner's residence;.</td></tr>
<tr><td>X</td><td>order Respondent refrain from the conduct toward the Petitioner as stated in this Petition;</td></tr>
<tr><td>X</td><td>order Respondent to receive appropriate psychiatric or psychological services;</td></tr>
<tr><td></td><td>award the Petitioner costs and attorney fees for having to bring this action.</td></tr>
</table>

Respectfully submitted,

*Kimberly B. Brown*
Petitioner

Address: 5274 Miranda Way
Powder Springs, GA  30127
Phone: **240-786-2993**



ID# 2017-0068361-CV
Page 3

THE SUPERIOR COURT FOR THE COUNTY OF COBB

STATE OF GEORGIA

KIMBERLY BROWN                  ]
      Petitioner,                ]
                             ]        Civil Action File
     v.                         ]        No. _____
                             ]
TAMERA YOUNG                    ]
      Respondent.                ]

## VERIFICATION

      Personally appeared **KIMBERLY BROWN**, who being duly sworn states that she is the Petitioner in the above styled case and that the facts set forth in the foregoing Petition for Stalking Temporary Protective Order are true and correct.



                                          Petitioner

Sworn and subscribed before
me this 17th day of May, 2017.

NOTARY PUBLIC
My commission expires:

OFFICIAL SEAL
NADEGE DELVA
Notary Public, Georgia
COBB COUNTY
My Commission Expires
Sept. 8, 2019



*Exhibit B.*

*I Filed several complaints with the FBI and now have a pending investigation.*

## Complaint Referral Form
## Internet Crime Complaint Center

---

### Victim Information

Name: Kimberly B. Brown
Business Name: Kimberly B. Brown
Age: 30 - 39
Address: P.O. Box 1875
Address (continued):
Suite/Apt./Mail Stop:
City: Winder
County: Barrow
Country: United States of America
State: Georgia
Zip Code/Route: 30680
Phone Number: 7703073633
Email Address: csmith@peaceplace.org
Business IT POC, if applicable:
Other Business POC, if applicable:

---

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

My name is Kimberly B. Brown; a professional writer and credible producer. In 2016, I was in a business relationship with the National Basketball Association (NBA)for a television project. At the time of this potential partnership, one of the talent I cast illegally gained access to my email accounts and cellular phone devices tracking my daily communications and correspondence. I was not aware of this illegal activity until there became a constant need for creating new email accounts because of the hackers. It wasn't until recently that I've been able to provide evidence for my case. I am the victim of domestic violence, stalking and I am currently staying at a safe house to avoid any harm or danger. The individual hacked into my newly created email account recently while here at the shelter and the computer at this location is now hacked too. I have the screenshots saved, in addition to the equipment which the director has approved for any law enforcement to confiscate as evidence if need be.

Please help me bring an end to these cruel and unnecessary crimes. It has affected my life, business, livelihood and ability to live freely, not in fear.

Thank You,

Kimberly B. Brown

Which of the following were used in this incident? (Check all that apply.)
☑ Spoofed Email
☑ Similar Domain
☑ Email Intrusion



ID# 2017-0096663-CV

☑ Other     Please specify: Identity Fraud

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

## Information About The Subject(s) Who Victimized You

|  |  |
|---|---|
| Name: | Tamera Yvonne Young |
| Business Name: | Professional Athlete - Basketball Player |
| Address: | 2212 Knoxhill View |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smyrna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30082 |
| Phone Number: | |
| Email Address: | |
| Website: | https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&uact=8&ved=0ahUKEwi9nZupvL7U |
| IP Address: | |

---

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

Yes, there were numerous email accounts which were hacked and used for cybercrimes:
1.destinyfulfilled2017@outlook.com
2.kbbrown80.kb@gmail.com
3.brown_kimberly50@yahoo.com
4.kimberly_brown629@yahoo.com

Are there any other witnesses or victims to this incident?

Yes, there are multiple witnesses.

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

1. Winder Police Department - 25 E. Midland Avenue Winder, GA
2. Charlotte Mecklenburg Police Department - 601 East Trade Street Charlotte, NC 28202
3. Cobb County Police Department - 140 N. Marietta Pkwy, Marietta, GA 30060

---

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

---

## Digital Signature

6/14/2017                                    IC3 Complaint Referral Form

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Kimberly B. Brown

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**



COBB COUNTY POLICE Accident and Incident Information

| | | |
|---|---|---|
| HQ/Central Records | 770 499-3900 | 140 N. Marietta Pkwy Marietta, GA 30060-1454 |
| Precinct 1 | 770 499-4181 | 2380 Cobb Parkway N. Kennesaw, GA 30152-3632 |
| Precinct 2 | 770 499-4182 | 4700 Austell Road Austell, GA 30106-2004 |
| Precinct 3 | 770 499-4183 | 1901 Cumberland Parkway Atlanta, GA 30339-4429 |
| Precinct 4 | 770 499-4184 | 4400 Lower Roswell Road Marietta, GA 30068-4233 |
| Precinct 5 | 770 499-4185 | 4640 Dallas Highway Powder Springs, GA 30127-3905 |

✓ Accident reports are generally available *no sooner than (3) three days* after the accident.
✓ Also, involved parties have the opportunity to obtain their accident reports via the web. Go to the link: www.cobbpolice.com .
✓ Incident reports that involve juveniles or domestic violence can only be picked up from Cobb Police Headquarters and no sooner than (S) days after the report date.
✓ A copy of all other reports can be picked up at any Precinct by parties listed on the report. All others including attorneys, insurance adjusters, and uninvolved parties must make their request from Headquarters. Reports may be available by mail from HQ.

Date: 052917 Case # 170 50 352 Type: INC. ✓ ACC. ____ PRIVATE PROP. ____

Officer: D. FASTER Badge # 0966



City of Winder
Police Department

Seth Roper
Corporal
Badge #:136
2017200 12313

Phone: 770-867-2156
Fax: 770-868-8713
seth.roper@cityofwinder.com

Case #____
25 E. Midland Avenue
Winder, GA 30680



POLICE                                    www.cmpd.org

CHARLOTTE-MECKLENBURG
POLICE DEPARTMENT
601 East Trade Street • Charlotte, NC 28202

OFFICER P. BARKER
#5499
E-mail: phillip.barker@cmpd.org

Division: Central
Office #:____
Complaint #: 2017 07 10 00 260
Got a tip? Call Crime Stoppers @ 704-334-1600

call for service

- The Board manages a state fund to reimburse innocent victims of crime for losses caused by crime.

*1. Who may be eligible to apply for compensation?*

- Adult crime victims, or if under 18, parents or guardians on their behalf, or,
- Dependents of homicide victims, or
- Person or persons who paid for the funeral expenses of homicide victims, or
- Persons injured while preventing a crime or assisting a police officer.

2. *What is required?*

- Report to law enforcement within 48 hours of the crime, unless good cause is shown for delay in reporting.
- A **completed** and **signed** CICB claim sent to the Board within 3 years of the crime.
- Physical injury, death or a psychological injury resulting from a felony or delinquent act directly resulting from the crime.
- Victims cannot have contributed to their injuries, or initiated, consented to, provoked, or unreasonably failed to avoid a physical confrontation that led to the victimization.
- The victim cannot have been participating in a crime or delinquent act at the time the injury was inflicted.
- Victims must cooperate with the police or other law enforcement agencies, prosecutors and the CICB staff.
- Although not required, you may have an attorney represent you.

3. *Eligibility criteria for an award – CICB is the fund of last resort. All other available sources of compensation, such as insurance, must be exhausted before CICB can make an award  Certain restrictions apply for each of these benefits:*

**Medical or dental** – Up to $45,000. Claimants without private insurance must apply for Medical Assistance.

**Psychological counseling** – Up to $5,000 for victim or $1,000 for a parent, child or spouse living with the victim.

**Lost wages or disability** – Up to $25,000 – To be eligible, the claimant must lose time from work due to a criminal victimization, or a parent or guardian caring for a child victim.

**Funeral and/or burial** – Up to $5,000 – Persons who assume the responsibility for the funeral or burial expenses may be eligible to apply. Claims may be reduced or denied if there is an applicable life insurance policy over $25,000.

**Dependency** – Up to $25,000 for a parent, child or spouse residing with the homicide victim who was dependent on the victim for principal support. Also, specified victims who resided with an abuser prior to the abuse, may claim loss of support benefits during the time the abuser is incarcerated.

**Crime scene clean up** – Maximum award up to $250 – The claim must be related to a physical injury, fourth degree sexual assault or felony psychological injury.

* Property loss is not eligible.

* If a claimant receives an award, then later obtains insurance or other type of welfare benefits, including restitution from the offender; the claimant must repay that amount to the Board.

* Upon receipt of an application, the claimant may be contacted for additional information.

For further information and assistance in filing, call or write:

**Maryland Criminal Injuries Compensation Board**
**Suite 206, Plaza Office Center**
**6776 Reisterstown Road**
**Baltimore, Maryland 21215-2340**
**Phone (410) 585-3010; FAX (410) 764-3815**
**Toll Free (888) 679-9347; TYY USERS (800) 735-2285**

**CICB Website:**
**http://www.dpscs.state.md.us/victimservs/cicb/index.shtml**

## BALTIMORE SCHOOL POLICE
## Baltimore, Maryland

### Victim Assistance/Incident Information Form

An Incident/Offense Report has been prepared under the complaint number indicated below. Please retain this form and refer to the number when making inquiries or to report additional information.

Complaint No.: 6190408040   Date: 4.22.19

Incident Type: HARASSMENT / Stalking

Officer's Name: Hailey

Seq. No.: _____   Badge No.: 2002   Assignment NW

Telephone No.: 410. 396. 2466

If you have additional information to report on this incident, please call the following number for report taking services.

District/Unit: 699   Phone: _____

### Baltimore City Non-Emergency Numbers

| | |
|---|---|
| Police information | (410) 396-2525 |
| City Hall Switchboard | (410) 396-3100 |
| Animal Control & Bites | (410) 396-4694 |
| Social Services Public Assistance | (443) 423-6400 |

### Baltimore City Emergency Numbers

| | |
|---|---|
| Police | 911 |
| Fire | 911 |
| Ambulance | 911 |
| Poison Control Center | (410) 706-7701 |

*Please take a moment to review the additional information in this pamphlet*
*We welcome your involvement and participation*

9160-14-34   15/309